IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04-cv-00725-B |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the *Opinion* entered this date, it is **ORDERED, ADJUDGED and DECREED** that:

1. The decision of the Commissioner of Social Security is affirmed.

2. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Defendant, Commissioner of Social Security and against the Plaintiff, Sarah Jones.

3. This action is dismissed with prejudice.

Done this 13th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE